**Dismissed and Memorandum Opinion filed September 12, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00270-CV

---

**JOSEPH WHITE, Appellant**

**V.**

**TANISHA BURR, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1013015**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 25, 2013. The clerk's record was filed April 18, 2013. No reporter's record was filed. No brief was filed.

On July 2, 2013, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was

late, on or before, August 1, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Brown, Christopher, and McCally.